UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NED TOLLIVER, JR.

VERSUS

CITY OF NEW ROADS, ET AL.

CIVIL ACTION

NO. 15-374-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 7, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 28 day of August, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 12.
[3] Rec. Doc. 6.